IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-cv-00026-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SUNLAND BUILDERS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| SAUER INCORPORATED; FEDERAL INSURANCE COMPANY; & MOUNTAIN CHIEF MANAGEMENT SERVICES, INC., | ) ) ) ) | |
| Defendants. | ) | |

The undersigned, having reviewed the Joint Consent Motion to Stay Litigation jointly submitted and consented to by counsel for the parties who have appeared in this lawsuit (the "Appearing Parties"), finds that good cause exists for the relief requested therein and concludes that the Motion should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED that this matter is hereby stayed, including all pending deadlines, until completion of the government disputes resolution process, with each of the Appearing Parties reserving its respective rights as it relates to the subject matter, and with the Appearing Parties to file status reports with the Court beginning October 1, 2015 and continuing every ninety (90) days thereafter until the government disputes resolution process has concluded.

Entered this ___ day of May, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE