IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:15-CV-26-BO

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SUNLAND BUILDERS, INC., Plaintiff, <br><br> v. <br><br> SAUER INCORPORATED; FEDERAL INSURANCE COMPANY; & MOUNTAIN CHIEF MANAGEMENT SERVICES, INC. Defendants. | ORDER FOR ENTRY OF DEFAULT AGAINST MOUNTAIN CHIEF MANAGEMENT SERVICES, INC. |

THAT WHEREAS, it has been made to appear to the undersigned Clerk of Court for the United States District Court for the Eastern District of North Carolina, upon affidavit or otherwise, that Defendant Mountain Chief Management Services, Inc. has been properly served and has failed to plead or defend against Plaintiff Sunland Builders, Inc.'s Complaint; that Defendant Mountain Chief Management Services, Inc. is not an infant nor an incompetent person; and Defendant Mountain Chief Management Services, Inc. is not in the military service of the United States.

And that said Defendant Mountain Chief Management Services, Inc. is otherwise subject to default as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against Defendant Mountain Chief Management Services, Inc. in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 3rd day of June, 2015.

_____
Clerk of Court